**DISMISS and Opinion Filed April 20, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

## No. 05-22-01067-CV

**PRO-FIRE & SPRINKLER, LLC AND JAMES C. LANKFORD, INDIVIDUALLY, Appellants**

**V.**

**THE LAW COMPANY, INC., Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18762**

## MEMORANDUM OPINION

Before Justices Nowell, Goldstein, and Breedlove
Opinion by Justice Breedlove

Before the Court is appellants' motion to dismiss the appeal based on settlement. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Maricela Breedlove/
MARICELA BREEDLOVE
JUSTICE

221067F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PRO-FIRE & SPRINKLER, LLC
AND JAMES C. LANKFORD,
INDIVIDUALLY, Appellants

No. 05-22-01067-CV     V.

THE LAW COMPANY, INC.,
Appellee

On Appeal from the 95th District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-18762.
Opinion delivered by Justice
Breedlove, Justices Nowell and
Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed by the parties, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered April 20, 2023.